**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN 14  P 2: 12

In The Matter of the Search of
FedEx Package,
Tracking # 8528 2597 5545
Addressed to Stacey MELLOR
31 Boulder Dr.
Belmont, NH

#
(Filed Under Seal)

### ORDER

After review of the application for search warrant (including the supporting affidavit of Special Agent Todd Prough), the search warrant and the government's motion for delay of providing notice of the execution of the search warrant on the above-referenced package pursuant to 18 U.S.C. 3103a(b), the Court hereby finds that immediate notification of the execution of the warrant may have an adverse result, in that it would seriously jeopardize an ongoing law enforcement investigation; that the warrant authorizes the seizure of such property based only on a reasonable necessity (see 18 U.S.C. § 3101a(b)(2)); and the warrant provides for the giving of such notice within a reasonable period of its execution.

WHEREFORE, the Court grants the government's motion for delayed notice of the execution of the warrant on the above-referenced package and orders that notice of the execution of the warrant will be provided within **30 days** of the execution of the warrant, unless, upon a showing of good cause, that period is extended by this Court.

Dated: June 14, 2005

Hon. James R. Muirhead
United States Magistrate Judge